Dismissed and Memorandum Opinion filed June 16, 2005









Dismissed and Memorandum Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00528-CR



 

____________

 

TERENCE DALE
MAYES, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
179th District Court

Harris County, Texas

Trial Court Cause No.
932,926

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal of appellant=s motion for bond
pending appeal.  








Generally, an appellate court only has jurisdiction to
consider an appeal by a criminal defendant where there has been a final
judgment of conviction.  Workman v.
State, 170 Tex.Crim. 621, 343 S.W.2d 446, 447 (1961);  McKown v. State, 915 S.W.2d 160, 161
(Tex.App.‑‑Fort Worth 1996, no pet.).  The exceptions include:  (1) certain appeals while on deferred
adjudication community supervision, Kirk v. State, 942 S.W.2d 624, 625
(Tex.Crim.App.1997); (2) appeals from the denial of a motion to reduce bond,
TEX.R.APP. P. 31.1; McKown, 915 S.W.2d at 161;  and (3) certain appeals from the denial of
habeas corpus relief, Wright v. State, 969 S.W.2d 588, 589 (Tex.App.‑‑Dallas
1998, no pet.);  McKown, 915
S.W.2d at 161.  

On September 23, 2004, this court affirmed appellant=s conviction for aggravated robbery
in cause number 932,926.  There is no new
appealable order.  Because this appeal
does not fall within the exceptions to the general rule that appeal may be
taken only from a final judgment of conviction, we have no jurisdiction. 

            Accordingly,
the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 16, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).